LAW OFFICE OF
# JOSEPH F. HENNESSEY
807 Main Street
Worcester, Massachusetts 01610

Telephone: (508) 881-9500                                                                  Facsimile: (508) 519-9199

January 30, 2021

Chief Steven Sargent
Worcester Police Department
9-11 Lincoln Sq.
Worcester, MA 01608

**Re:    Public Records Request**

Dear Chief Sargent:

Pursuant to Massachusetts General Laws chapter 66 §10, and chapter 4 §7 please accept this as a formal request, for the below-listed documents to be provided to me within ten (10) days:

1.   Any Worcester Police incident report, or Mass. State Police report in your possession, daily log, summary, IDC reports or supplemental police reports submitted by either the Worcester Police or Mass. State Police or the K-9 unit that came in contact with Ms. Korlu Kennedy, also known as Korlu Kormah, on or about April 10, 2019 at 184 Cohasset Street, Worcester, MA.

2.   Any Mass. State Police, Worcester Police incident report, daily log, summary, IDC reports or supplemental police reports submitted by either the Worcester Police or Mass. State Police or a police K-9 unit that came in contact with Ms. Korlu Kennedy, at 184 Cohasset Street, Worcester, MA from January 1, 2019 to present.

3.   Copy of any search warrant, search warrant affidavit and search warrant return for 184 Cohasset Street, Worcester MA in connection with a police entry, raid and search of this apartment from January 1, 2019 to present.

4.   A copy of any citation, complaint and warrant for Augustust B. Kormah, used on or about April 10, 2019 to obtain entry of 184 Cohasset Street, Worcester.

5.   Any photographs or videos taken of the interior of 184 Cohasset Street, Worcester at the time of entry and exit by the MSP and Worcester Police from January 1, 2019 to present.

6. Daily logs/rosters or daily journal of any Worcester police officers and/or Massachusetts State Police that were present at 184 Cohasset Street on or about April 10, 2019, or any date from January 1, 2019 to present to conduct a search of Augustus B. Kormah.

7. All address entries of Augustus B. Kormah from January 1, 2015 to present.

8. All address entries of Korlu Kennedy, aka Korlu Kormah from January 1, 2015 to present.

9. List the full name of law enforcement officers from the Worcester Police Department or any other municipal police departments that were part of an entry on or about April 10, 2019 at the entry and search of 184 Cohasset Street, Worcester, MA.

10. Any use of force reports prepared by any law enforcement officer from the Worcester Police or agents from the Mass State Police, or any other agency for the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

11. Any K-9 search reports prepared by any agency, including the Worcester Police, associated with the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

12. Any statements or summaries of statements provided by Korlu Kennedy, aka Korlu Kormah, Valissa Shaelton, or civilian in connection with the police entry of 184 Cohasset Street, Worcester, MA on April 10, 2019.

13. Any radio dispatches or 911, telephone calls and text messages between the Mass State, Worcester Police and the Worcester Police Dispatcher regarding the entry into 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

14. Any internal investigations or commander investigations in connection with the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

15. Any and all supplemental reports submitted by any Worcester Police officer and/or Massachusetts State Trooper participating in the entry and search of 184 Cohasset Street, Worcester on or about April 10, 2019.

16. Any policies of the Worcester Police Department in connection with assistance to any agency seeking to execute a search warrant or arrest warrant within the City of Worcester. Seeking all policies that were in place on or about April 10, 2019.

17. Please provide the list of internal investigations (referred to as a concise officer history of each officer present in the search at 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

18. All police reports involving Korlu Kennedy, aka Korlu Kormah from January 1, 2015 to present.

Should you determine that some portion of the document is exempt from disclosure, I request that you release any portion of the documents that are not exempt. I reserve my right to appeal such a decision. If you determine that a requested document, or any portion of a requested document, is exempt from disclosure, please note the applicable statutory exemption and explain why it applies to the requested record.

Please mail the resulting documents and outline of fees to

    Joseph F. Hennessey
    807 Main Street
    Worcester, MA 01608

or email to JH@Hennesseylaw.net

In the event you have any questions, please do not hesitate to contact my law office at 508 881-9500

Thank you for your courtesy and anticipated cooperation. I look forward to your response within the 10 days.

Sincerely,

Joseph Hennessey

# EXHIBIT # 7

LAW OFFICE OF
# HÉCTOR E. PIÑEIRO, P.C.

HÉCTOR E. PIÑEIRO

ROBERT A. SCOTT

NANCY CRUZ DE PIÑEIRO
Business Manager

807 MAIN STREET
WORCESTER, MASSACHUSETTS 01610
(508) 770-0600

FAX (508) 770-1300
hector@pineirolegal.com

CORRESPONDENT

MARÍA S. PIÑEIRO SOLER, L.L.M.
EDIFICIO PONCE DE LEÓN
161 PONCE DE LEÓN AVE., SUITE 302
SAN JUAN, PUERTO RICO 00918
TEL. (787) 250-8304
FAX (787) 758-4236

March 18, 2021

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED
RECEIPT NO.:
Lidia A. Maldonado, Secretary
Executive Office of Public Safety
One Ashburton Place, Rm. 2133
Boston, MA 02108

RECEIPT NO.: Hon. Maura Healy,
Massachusetts Attorney General
McCormack Bldg.
One Ashburton Place
Boston, MA 02108

RECEIPT NO.:
Colonel Christopher S. Mason, Superintendent
Massachusetts State Police, General Headquarters
470 Worcester Road
Framingham, MA 01702

RE:   **Notice & Presentment under the Massachusetts Tort Claims Act c. 258**
**Illegal search of Korluh Kennedy & Velissa Shaelton's apartment: 4/10/2019**
**Public Employee(s) Involved: Trooper Thiago Miranda (ID # 3565)**
**Location 184 Cohasset Street, Worcester, MA**

Dear Secretary Maldonado, Attorney Healy and Colonel Mason:

    Please be advised that I represent Korluh Kennedy and Veelisa Shaelton, ("Mrs. Kennedy) and ("Ms. Shaelton") two individuals who were victims of an unwarranted invasion of their home by members of the Massachusetts State Police violent apprehension unit back on April 10, 2019. This occurred at Ms. Kennedy's home located at 184 Cohasset Street in Worcester, Worcester County, Massachusetts. Ms. Shaelton was a tenant at her home who paid rent to her. Both were injured as a result of the collective gross negligence of State Troopers that were members of the violent apprehension unit. We only know the identify of one of the Troopers, MSP Thiago Miranda, (ID#3565). I write to your office give you notice and presentment on behalf of my clients, Ms. Kennedy, Ms. Shaelton, who alleged injuries as a result of the grossly negligent conduct on the part of Trooper Miranda and others. This notice is served under the Massachusetts Tort Claims Act.

Lidia A. Maldonado, , Secretary
Maura Healy, Attorney General
Col. Christopher Mason, Superintendent

<u>Facts</u>

On March 21, 2019, Mrs. Kennedy's son, Augustus B. Kormah was arrested by a Massachusetts State Trooper, Antwan Haywood #3967 in Worcester County and charged with a drug offense, possession of Class B drug, subsequent. See **Ex. # 1.** Mr. Kormah' was scheduled for arraignment and did not show up to court to the Worcester District on March 25, 2019 and a bench warrant issued. See **Ex. 2,** court docket for Mr. Kormah at the Worcester District Court. Mr. Kormah did not live with his mother at 184 Cohasset Street in Worcester, Massachusetts. Mrs. Kormah is a naturalized U.S. citizen who was born in Liberia.

When he failed to show up to Court the MSP violent fugitive apprehension force went looking for him and showed up to his mother's house at 184 Cohasset Street knowing he did not live with his mother. This is the reason why the state police fugitive apprehension group went looking for him at his mother's house. A large group of Troopers went to Mrs. Kennedy 's house around 6:30am and knocked loudly. When Mrs. Kennedy approached the door they demanded to be let into her house. When she opened the door a group of Troopers rushed into her house. They did not have a search warrant with them to enter or search her house. Weapons were pointed at her and at Ms. Shaelton. Mrs. Kennedy told the officers her son, Augustus B. Kormah did not live with her and that she did not know of his whereabouts. Instead, the state police officers including Trooper Thiago Miranda began systematically searching her apartment and destroying it in the process. They even brought two police K-9's to search through her house. One of them urinated inside of her house. After approximately 35 to 45 minutes of wrecking her apartment, Mrs. Kennedy asked a Trooper, (Thiago Miranda) whether they had a warrant to be in her house and search it. Miranda told her he did not have one. When Mrs. Kennedy told her she would call my office, the troopers packed their belongings and left. I have include photographs of the damage they caused to my client's house/apartment. **Ex. 3.** My clients were traumatized by the police actions. Before they left, one of the Troopers (Thiago Miranda) who did not identify himself by name to Mrs. Kennedy allowed her to take a photo of his telephone number. **Ex. 4.** The phone was listed to "Tom" with a phone number ▇▇▇▇▇▇▇.

On June 1, 2019, we filed a complaint with the Massachusetts State police See **Ex. 5.** On June 16, 2020, our client was interviewed at our office by Ret. Det. Lt. Robert F. Fries from the State Police Standards and Training Internal Affairs Section. More recently we made a public records request and were told by the Mass. State Police Law Department they had no records of anyone from the fugitive apprehension unit or K-9 being deployed to Mrs. Kennedy's apartment on April 10, 2019. We were told to check with federal authorities. But they had not been involved in the illegal entry and search of our clients house.

Lidia A. Maldonado, , Secretary
Maura Healy, Attorney General
Col. Christopher Mason, Superintendent

We recently compared "Tom's" phone number appearing at Ex. 4, in our proprietary data base. This number belongs to Trooper Thiago O. Miranda who lives at ███████████████, MA. See Ex. 5.

## DEMAND PURSUANT TO M.G.L. c 258 s. 4

As per c. 258 the Commonwealth is liable to Mrs. Kennedy and Shaelton for damages as result of their negligence.  Mrs. Kennedy demands $1██████ and Ms. Shaelton demands $7████ from the Commonwealth for the injuries they suffered.

Thank you for your anticipated cooperation.

Sincerely, I remain.

Hector Piñeiro, Esq.

Enclosures

Cc:
Sean W. Farrell
Office of the Chief Legal Counsel
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

3

# EXHIBIT # 1

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 1 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

The undersigned alleges the following as a  [ X ] full or  [  ] partial statement
of the factual basis for the offense(s) for which a criminal complaint is sought.

By Trooper Antwan M Haywood #3967

## THEURER/ KORMAH

1.   On Thursday, March 21, 2019, at approximately 2033 hours, I, Trooper Antwan Haywood #3967, was on patrol in MA State Police Cruiser #507 on South St (public way) in the City of Worcester, when I observed a Honda Accord (MA REG: ⬛⬛⬛) operating. As it approached the intersection of South St (public way) and Providence St (public way), the vehicle came to a stop directly over the cross walk of the vehicle instead of behind it. I followed the Honda Accord as it turned left onto Providence St, activated the cruiser's emergency lights and the vehicle came to a stop.

2.   I then exited the cruiser, approached the vehicle from the passenger side and greeted the occupants. I asked the driver for his license and the vehicle's registration. He identified himself as KORMAH, Augustus (DOB: ⬛⬛⬛⬛ OLN: ⬛⬛⬛⬛) via a MA Driver's License. I also asked the front seat passenger for his identification. He stated that he did not have a license on his person, but stated that his name was Default, George (DOB: ⬛⬛⬛⬛). He also stated that his social security number was ⬛⬛⬛⬛ I then went back to the cruiser and ran a CJIS query of both the operator and passenger. I ran the CJIS information for the name provided by the passenger. The license status stated that it was cancelled and within the BOP, there was a comment that saide "COMMENTS: REPORTED DECEASED BY CT 69 ON 11/9/95". I then knew that the passenger was not being truthful about his identity. I then went back to the vehicle and informed the passenger that I knew he was not being truthful about his identity. I then asked him why he was being dishonest and he stated that he thought he may have a warrant for his arrest. I then asked him for his correct social security number and he provided it (⬛⬛⬛⬛). I then walked him to the rear of the cruiser and asked him to have a seat inside while I ran his correct information. I then ran the social security number provided and the CJIS results indicated that his name was THEURER, Arthur (DOB: ⬛⬛⬛⬛) and he had an active warrant (1662CR009835A) out of Worcester District Court for Operating After License Suspension. I then asked him how he knew KORMAH. He stated that he has known him for 20 years. I then asked him how that was possible as KORMAH was not very old. THEURER stated that he grew up near him and he said that he had know the driver since he was a kid. I then asked what the driver's name was. He was unable to provide the driver's actual name and stated that he only knew him as "B".

3.   I then went back to the vehicle and asked talked to KORMAH. I explained to him that it's obvious KORMAH knew that THEURER was lying when he gave me the name of Default, George. KORMAH stated that he knew that THEURER was lying and that he was surprised that THEURER gave the fake name. I then asked KORMAH how the two knew each other. He stated that they had been in prison together. I told KORMAH that THEURER had lied to me about that as well. I then asked KORMAH whether he would allow me to search that car. KORMAH gave me consent to search the vehicle. KORMAH immediately opened up the driver's side door and got out with his hands in the air without any prompting.

4.   I then conducted a pat frisk of KORMAH and asked him to stand on the sidewalk while I searched the car. During the search, I located a small red bag on the back seat of the vehicle on the right hand side with the word "SUPREME" imprinted on it. Inside the bag I located a clear plastic baggie, tied with a knot in the end. Inside of the bag were 11 round blue pills imprinted with "K 9" on them. After further research of the imprint, shape and color of the pills indicated that they were OXYCODONE. I then showed the pills to KORMAH and asked what they were. He stated "I dont know, someone must

COURT COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 2 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

The undersigned alleges the following as a [ X ] full or [ ] partial statement of the factual basis for the offense(s) for which a criminal complaint is sought.

have left those there". I looked further in the bag and found a MA Uniform Citation #T1480654 issued on 02/21/2019 to KORMAH, Augustus (DOB: ▓▓▓▓   OLN: ▓▓▓▓▓) for speeding proving to me that this was in fact his bag. I then requested the assistance of Tpr Ryan Sceviour in Cruiser #436. Tpr Sceviour helped me finish the search of the car. The pills were placed into evidence bag 45185. KORMAH contacted a licensed operator to drive the car away".

5.   THEURER and KORMAH were transported to SP Holden where they were booked, photographed, fingerprinted and allowed to use the phone. KORMAH was read his Miranda Warning and selected "No", indicating he did not wish to speak with us. The bail commissioner was contacted and set bail at $40 for THEURER and $2040 for KORMAH. Evidence bag 45185, containing the blue pills was placed into the temporary evidence locker. Entries reflecting the placement of the evidence bag were logged into the Daily Administrative Journal as well as the Temporary Evidence Locker Log Book. Both were placed into the cells pending bail.

6.   THEURER and KORMAH are to appear at Worcester District Court to answer to the following offenses:

THEURER

WARRANT          1662CR009835A (Operating a Motor Vehicle after License Suspension)

KORMAH

89-11                     Crosswalk Violation
94C-34-D                Possession of a Class B Drug, Subsequent (OXYCODONE)
Previous Guilty Cases: Worcester Superior DKT: 1202741, Worcester District: 1062CR006932A

7.   With all paperwork complete and only court action pending, I respectfully request that this case be considered closed.

The above is a summary of the events as they occurred.

COURT COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | Page 3 of 3 | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|---|

The undersigned alleges the following as a [ X ] full or [ ] partial statement of the factual basis for the offense(s) for which a criminal complaint is sought.

| PRINTED NAME | SIGNATURE | I AM A | DATE SIGNED |
|---|---|---|---|
| ~~Ron Antun Hojun~~ | ~~R. Clk # 3402~~ | [ X ] LAW ENFORCEMENT OFFICER [ ] CIVILIAN COMPLAINANT OR WITNESS | 3/22/19 |

**ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK/JUDGE BASED ON ORAL TESTIMONY**

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK / JUDGE | DATE SIGNED |
|---|---|---|
| | | 3-22-19 |

COURT COPY

# EXHIBIT # 2

2/3/2021                                Case Details - Massachusetts Trial Court 6

## 1962CR001783 Commonwealth vs. Kormah, Augustus B

Case Type:
Criminal
Case Status:
Suspended-Notices sent Covid-19
File Date
03/22/2019
DCM Track:

Initiating Action:
DRUG, POSSESS CLASS B, SUBSQ.OFF. c94C §34
Status Date:
04/17/2020
Case Judge:

Next Event:
03/30/2021

| All Information | Party | Charge | Event | Docket | Disposition |

### Party Information

**Kormah, Augustus B**
- Defendant

| Alias | Party Attorney |
| --- | --- |
| | Attorney |
| | Ricciardi, Esq., Vincent F |
| | Bar Code |
| | 418050 |
| | Address |
| | 47 Harvard St |
| | Worcester, MA  01609 |
| | Phone Number |
| | (508)797-0140 |

More Party Information

**Mass State Police - Holden**
- Complainant

| Alias | Party Attorney |
| --- | --- |

More Party Information

### Party Charge Information

- **Kormah, Augustus B**
- - Defendant
  Charge # 1:
  94C/34/D-0 - Misdemeanor - more than 100 days incarceration     DRUG, POSSESS CLASS B, SUBSQ.OFF. c94C §34
- Original Charge
- 94C/34/D-0 DRUG, POSSESS CLASS B, SUBSQ.OFF. c94C §34
  (Misdemeanor - more than 100 days incarceration)
- Amended Charge

- **Kormah, Augustus B**
- - Defendant
  Charge # 2:
  89/11-3 - Civil Motor Vehicle Infraction     CROSSWALK VIOLATION * c89 §11
- Original Charge
- 89/11-3 CROSSWALK VIOLATION * c89 §11 (Civil Motor Vehicle Infraction)
- Amended Charge

### Events

2/3/2021                                        Case Details - Massachusetts Trial Court 6

| Date | Session | Location | Type | Result |
|------|---------|----------|------|--------|
| 03/25/2019 08:55 AM | 1st Session, Ctrm 14 | | Arraignment | Defendant defaulted-FI to Appear |
| 09/30/2019 08:55 AM | 1st Session, Ctrm 14 | | Arraignment | Held - Bail or Conditions of Release ordered |
| 09/30/2019 08:55 AM | 1st Session, Ctrm 14 | | Default Removal Hearing | Held - Default Removed - CR |
| 10/24/2019 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Pretrial Hearing | Reschedule of Hearing |
| 12/18/2019 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Pretrial Hearing | Reschedule of Hearing |
| 12/27/2019 09:00 AM | 2nd Session, Ctrm 15 | | Hearing to Review Status | Review Completed |
| 01/08/2020 08:30 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Pretrial Hearing | Reschedule of Hearing |
| 01/09/2020 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Pretrial Hearing | Held-PT |
| 03/11/2020 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 05/07/2020 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Discovery Compliance & Jury Election | Rescheduled-Covid-19 emergency |
| 07/22/2020 09:00 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 10/13/2020 09:00 AM | Video Conference Session* | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 11/12/2020 09:00 AM | 2nd Session, Ctrm 15 | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 11/12/2020 09:00 AM | Video Conference Session* | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 12/11/2020 09:00 AM | Video Conference Session* | | Hearing to Review Status | Not Held |
| 12/11/2020 09:00 AM | Video Conference Session* | | Discovery Compliance & Jury Election | Reschedule of Hearing |
| 03/30/2021 09:00 AM | Video Conference Session* | | Discovery Compliance & Jury Election | |

## Docket Information

| Docket Date | Docket Text | Image Avail. |
|-------------|-------------|--------------|
| 03/22/2019 | Criminal complaint issued. Originating Court: Worcester District Court Case Number: 1962AC001994- Receiving Court: Worcester District Court | |
| 03/22/2019 | Complaint issued upon new arrest. | |
| 03/22/2019 | Statement of facts filed. | Image |
| 03/25/2019 | Event Resulted: Arraignment scheduled on: 03/25/2019 08:55 AM Has been: Defendant defaulted-FI to Appear Hon. Janet J McGuiggan, Presiding Appeared: Staff: | |
| 03/25/2019 | Default Warrant ordered to Issue. Judge: McGuiggan, Hon. Janet J | |
| 04/04/2019 | Document and/or notice received and filed on criminal case to wit Notice of Outstanding War ret'd w/o service | |

2/3/2021                                    Case Details - Massachusetts Trial Court 6

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 09/30/2019 | Event Resulted:  Default Removal Hearing scheduled on:<br>     09/30/2019 08:55 AM<br>Has been: Held - Default Removed - CR<br>Hon. James G Haddad, Presiding | |
| 09/30/2019 | Defendant before court voluntarily after issuance of warrant and warrant cancelled<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Warrant recalled:<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Event Resulted:  Arraignment scheduled on:<br>     09/30/2019 08:55 AM<br>Has been: Held - Bail or Conditions of Release ordered<br>Hon. James G Haddad, Presiding | |
| 09/30/2019 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Plea of Not Guilty entered on all charges.<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Bail ordered: $ 20,000.00 surety bond or $ 2,000.00 cash. | |
| 09/30/2019 | Defendant notified of right to a bail review before the Superior Court (C276 §58).<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Bail revocation warning (276/58) given to the defendant<br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Habeas Corpus for prosecution issued to Worcester County House of Correction returnable for 10/24/2019 09:00 AM Pretrial Hearing;<br>Further Orders:<br><br>Attorney: Ricciardi, Esq., Vincent F<br><br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | Defendant is ordered committed without bail because DEFENDANT'S BAIL HAS BEEN REVOKED (276 s. 58) to Worcester County House of Correction returnable for 12/27/2019 09:00 AM Hearing to Review Status; mittimus issued.<br><br>Court location of next event (if not this court):<br>Further Orders:<br><br>Attorney: Ricciardi, Esq., Vincent F<br><br>Judge: Haddad, Hon. James G | |
| 09/30/2019 | ..<br><br>Mittimus Without Bail (DOCKET FORM)<br>Sent On:  09/30/2019 11:56:19 | |
| 09/30/2019 | Commonwealth's motion to revise/revoke bail or conditions of release filed and ALLOWED.<br><br>Attorney: Ricciardi, Esq., Vincent F | Image |
| 09/30/2019 | Order revoking Pre-trial release based upon new offense:1962CR6420 | Image |
| 10/24/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>     10/24/2019 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: On Order of the Court<br>Hon. David P Despotopulos, Presiding | |
| 10/24/2019 | Habeas Corpus for prosecution issued to Worcester County House of Correction returnable for 12/18/2019 09:00 AM Pretrial Hearing;<br>Further Orders:<br><br>Judge: Despotopulos, Hon. David P | |
| 12/18/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>     12/18/2019 09:00 AM<br>Has been: Reschedule of Hearing      For the following reason: On Order of the Court<br>Hon. Jennifer L Ginsburg, Presiding | |
| 12/18/2019 | Habeas Corpus for prosecution issued to Worcester County House of Correction returnable for 01/08/2020 08:30 AM Pretrial Hearing;<br>Further Orders:<br><br>Judge: Ginsburg, Hon. Jennifer L | |

2/3/2021                                    Case Details - Massachusetts Trial Court 6

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 12/18/2019 | Habeas Corpus for prosecution issued to MCI - Shirley returnable for 12/27/2019 09:00 AM Hearing to Review Status;<br>Further Orders:<br><br>Judge: Ginsburg, Hon. Jennifer L | |
| 12/27/2019 | Event Resulted:  Hearing to Review Status scheduled on:<br>    12/27/2019 09:00 AM<br>Has been: Review Completed<br>Hon. Michael G Allard - Madaus, Presiding | |
| 12/27/2019 | Defendant is ordered committed to Worcester County House of Correction in lieu of having posted bail in the amount ordered: ($20,000.00 Bond; $2,000.00 Cash), returnable for 01/09/2020 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders: | |
| 12/27/2019 | Event Resulted:  Pretrial Hearing scheduled on:<br>    01/08/2020 08:30 AM<br>Has been: Reschedule of Hearing       For the following reason: Brought forward<br>Hon. Michael G Allard - Madaus, Presiding | |
| 01/09/2020 | Event Resulted:  Pretrial Hearing scheduled on:<br>    01/09/2020 09:00 AM<br>Has been: Held-PT<br>Hon. Steven D Power, Presiding | |
| 01/09/2020 | Pretrial conference report filed.<br>Judge: Power, Hon. Steven D | Image |
| 03/11/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>    03/11/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: On Order of the Court<br>Hon. Michael G Allard - Madaus, Presiding | |
| 04/16/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.;  Discovery Compliance & Jury Election scheduled on:<br>    05/07/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency<br>Brian D'Andrea, Presiding | |
| 04/17/2020 | The following notice was sent:<br>A Covid 19 Emergency Notice was generated and sent to:<br>Defendant:  Augustus B Kormah<br>Defendant:  Vincent F Ricciardi, Esq. | |
| 05/05/2020 | Criminal summons returned to Court; UNSERVED | |
| 07/22/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>    07/22/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: On Order of the Court<br>Hon. Jennifer L Ginsburg, Presiding | |
| 09/14/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>    11/12/2020 09:00 AM<br>Has been: Reschedule of Hearing       For the following reason: Brought forward<br>Hon. James G Haddad, Presiding | |
| 09/14/2020 | Order revoking Pre-trial release based upon new offense:1785CR431, 1962CR6420, 1962CR1783, 1762CR9848 | Image |
| 09/14/2020 | Habeas Corpus for prosecution issued to Worcester County House of Correction returnable for 10/13/2020 09:00 AM Discovery Compliance & Jury Election:<br>Further Orders:<br><br>Judge: Haddad, Hon. James G | |
| 09/14/2020 | Defendant is ordered committed without bail because DEFENDANT'S BAIL HAS BEEN REVOKED (276 s. 58) to Worcester County House of Correction returnable for 12/11/2020 09:00 AM Hearing to Review Status; mittimus issued.<br><br>Court location of next event (if not this court):<br>Further Orders:<br><br>Judge: Haddad, Hon. James G | |
| 09/14/2020 | Commonwealth's motion to revise/revoke bail or conditions of release filed and ALLOWED. | Image |

2/3/2021                                Case Details - Massachusetts Trial Court 6

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 10/13/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>        10/13/2020 09:00 AM<br>Has been: Reschedule of Hearing        For the following reason: On Order of the Court<br>Hon. Andrew M D'Angelo, Presiding | |
| 10/13/2020 | Habeas Corpus for prosecution issued to Worcester County House of Correction returnable for 11/12/2020 09:00 AM Discovery Compliance & Jury Election;<br>Further Orders:<br><br>Judge: D'Angelo, Hon. Andrew M | |
| 11/12/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>        11/12/2020 09:00 AM<br>Has been: Reschedule of Hearing        For the following reason: On Order of the Court<br>Hon. Jennifer L Ginsburg, Presiding | |
| 11/12/2020 | Court hearing scheduled on 11/12/2020 09:00 AM Discovery Compliance & Jury Election conducted by ZOOM Conference .<br><br>Judge: Ginsburg, Hon. Jennifer L | |
| 12/11/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>        12/11/2020 09:00 AM<br>Has been: Reschedule of Hearing        For the following reason: On Order of the Court<br>Hon. Meghan S Spring, Presiding | |
| 12/11/2020 | Event Resulted:  Hearing to Review Status scheduled on:<br>        12/11/2020 09:00 AM<br>Has been: Not Held<br>Hon. Meghan S Spring, Presiding | |
| 12/11/2020 | Court hearing scheduled on 12/11/2020 09:00 AM Discovery Compliance & Jury Election conducted by ZOOM Conference .<br><br>Judge: Spring, Hon. Meghan S | |
| 12/11/2020 | Defendant waives 30 day continuance right under C276 s.35.<br><br>Judge: Spring, Hon. Meghan S | |
| 12/11/2020 | Defendant is ordered committed without bail because DEFENDANT'S BAIL HAS BEEN REVOKED (276 s. 58) to Worcester County House of Correction returnable for 03/30/2021 09:00 AM Discovery Compliance & Jury Election; mittimus issued.<br><br>Court location of next event (if not this court):<br>Further Orders:<br>DEFENDANT REMAINS HELD PURSUANT TO SJC 12949, 12950, 12955<br><br>Judge: Spring, Hon. Meghan S | |

### Case Disposition

| Disposition | Date |
|---|---|
| Pending | 09/30/2019 |

# EXHIBIT # 3







































































**EXHIBIT # 4**



# EXHIBIT # 5



# Massachusetts State Police
## Citizen Response Form

### Reporting Individual's Information

Name: Mrs. Korinth Kennedy and Velissa Shaelton          DOB:

Home Address:                                             Home Phone Number:
                                                         Cell Phone Number:
                                                         Work Phone Number:

License Number and State (if applicable):                Vehicle Registration and State (if applicable):

Incident Date: 04/10/2019   Incident Time:               Incident Location/Address: 184 Cohasset St. Worcester

### Report Narrative

Type of Report (please check one):   Complaint  ☑     Other  ○

NARRATIVE: Please provide a description of the event that you are reporting. Include the following information if known and/or applicable. Officer name, rank and badge or identification number, cruiser description and number, witness information and citation number.

On 4/10/2019 members of the MSP MOVB team and fugitive apprehension team went to Mrs. Korinth Kennedy's apartment looking for her son Augustus B. Kormah, who had an outstanding arrest warrant from the Worcester Court. Knowing full well that Mr. Augustus B. Kormah did not live with his mother (a MSP Trooper knew that he had a Grafton Street address) they pointed weapons at Mrs. Kennedy, demanded she opened her door to her apartment, search and reeked 3 floors of her apartment, systematically, searching bedrooms, the kitchen, bringing K-9's to rummage through her entire house including the garage. All of this was done without consent or a warrant. Mrs. Kennedy told them her son did not live with her. The illegal entry and warrantless search war finally stopped after Mrs. Kennedy asked if they had a warrant. A trooper who failed to identify himself to Mrs. Kennedy (Trooper Thiago Miranda) told her, they did not have one. When she mentioned to him I represented her, Trooper Miranda spoke with (omone on his radio and left. He and the rest of the crew the refused to identify themselves -- a clear violation of MSP policies and procedures. We ask that you conduct a swift investigation and that you appropriately discipline, each and every person that illegally entered and reeked their apartments.

We searched the Worcester District Court search warrant data-base and no warrant was ever obtained to search 184 Cohasset Street.

*Velissa Shaelton*

Signature *Klennedy*                                     Date: 6-1-19

*Use next page for additional narrative if needed.*

### Submission of the Citizen Response Form

This form may be submitted in the following manner:
- Delivered in person to: The Massachusetts State Police General Headquarters 470 Worcester Road Framingham, MA 01702 / Citizen Response Reports; or
- Faxed to: The Division of Standards and Training/ Citizen Response Reports 508-820-2140; or
- Emailed to: The Division of Standards and Training/ Citizen Response Reports at Citizenresponsereports@pol.state.ma.us ; or
- Mailed to: The Massachusetts State Police Division of Standards and Training/ Citizen Response Reports 470 Worcester Road Framingham, MA 01702
- Click the submit button to electronically submit this form – Please only click once: [ **Submit this form** ]
  (Requires use of an e-mail account)

The Massachusetts State Police take your comments seriously.
An officer assigned to the Division of Standards and Training will contact you upon receipt of this document. You may also call 508-988-7003 during regular business hours. If a report is found to be fabricated and maliciously pursued, the reporting party may be subject to criminal prosecution and/or civil proceedings.

SP 340 Revised January 2012



# Massachusetts State Police
## Citizen Response Form



Additional Report Narrative

See also public records request that is attached hereto.



# The Commonwealth of Massachusetts
## Executive Office of Public Safety and Security
### One Ashburton Place, Room 2133
### Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eopss

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lt. Governor

**THOMAS A. TURCO, III**
Secretary

March 25, 2021

Hector E. Pineiro, Esq.
Law Offices of Hector E. Pineiro, P.C.
807 Main Street
Worcester, MA 01610

RE:   **MA Claim # 2021-13640-POL – Korluh Kennedy and Velissa Shaelton**

**Date of Incident:** April 10, 2019
**Location of Incident:** 184 Cohasset Street, Worcester, MA
**Claim Letter Dated:** March 18, 2021
**Claim Letter Received:** March 22, 2021

Dear Attorney Pineiro:

The Executive Office of Public Safety and Security received your claim on March 22, 2021 and has forwarded this claim to the Department of State Police for investigation. Pursuant to M.G.L. c. 258, that office has six months from the date the claim letter was received to reach a determination in this matter.

Should you have any questions concerning this matter, ***please contact Pamela Rautenberg***, Paralegal Specialist, Department of State Police, either in writing at 470 Worcester Road, Framingham, MA 01702 or by telephone at (508) 820-2300.

Sincerely,

*Anne Marie Resca*

Anne Marie Resca
Paralegal Specialist





### The Commonwealth of Massachusetts
### Executive Office of Public Safety and Security
One Ashburton Place, Room 2133
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
__www.mass.gov/eopss__

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lt. Governor

**THOMAS A. TURCO, III**
Secretary

March 25, 2021

Hector E. Pineiro, Esq.
Law Offices of Hector E. Pineiro, P.C.
807 Main Street
Worcester, MA 01610

**RE:** __MA Claim # 2021-13640-POL – Korluh Kennedy and Velissa Shaelton__

> **Date of Incident:** April 10, 2019
> **Location of Incident:** 184 Cohasset Street, Worcester, MA
> **Claim Letter Dated:** March 18, 2021
> **Claim Letter Received:** March 22, 2021

Dear Attorney Pineiro:

The Executive Office of Public Safety and Security received your claim on March 22, 2021 and has forwarded this claim to the Department of State Police for investigation. Pursuant to M.G.L. c. 258, that office has six months from the date the claim letter was received to reach a determination in this matter.

Should you have any questions concerning this matter, ***please contact Pamela Rautenberg***, Paralegal Specialist, Department of State Police, either in writing at 470 Worcester Road, Framingham, MA 01702 or by telephone at (508) 820-2300.

Sincerely,

*Anne Marie Resca*

Anne Marie Resca
Paralegal Specialist



EXHIBIT # 8

SUCV
2022.
0792.
(F)



# The Commonwealth of Massachusetts
## Executive Office of Public Safety and Security
One Ashburton Place, Room 2133
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eopss

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lt. Governor

**THOMAS A. TURCO, III**
Secretary

March 25, 2021

SCCV
2022.
0792.
(F)

Hector E. Pineiro, Esq.
Law Offices of Hector E. Pineiro, P.C.
807 Main Street
Worcester, MA  01610

**RE:**     **MA Claim # 2021-13640-POL – Korluh Kennedy and Velissa Shaelton**

**Date of Incident:**  April 10, 2019
**Location of Incident:**  184 Cohasset Street, Worcester, MA
**Claim Letter Dated:**  March 18, 2021
**Claim Letter Received:**  March 22, 2021

Dear Attorney Pineiro:

The Executive Office of Public Safety and Security received your claim on March 22, 2021 and has forwarded this claim to the Department of State Police for investigation. Pursuant to M.G.L. c. 258, that office has six months from the date the claim letter was received to reach a determination in this matter.

Should you have any questions concerning this matter, ***please contact Pamela Rautenberg***, Paralegal Specialist, Department of State Police, either in writing at 470 Worcester Road, Framingham, MA 01702 or by telephone at (508) 820-2300.

Sincerely,

*Anne Marie Resca*

Anne Marie Resca
Paralegal Specialist

**SCANNED**