UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 4:22-cv-11152-NMG

KORLUH KENNEDY,

    Plaintiff,

v.

THE COMMONWEALTH OF MASSACHUSETTS
SPECIAL AGENT JOSEPH F. OSMANSKI, III,
SPECIAL AGENT, JOHN DOE 1,
TROOPER AMY WATERMAN, TROOPER
SGT. DARLENE DECAIRE, TROOPER
ERIC KARLON, TROOPER THIAGO MIRANDA
JOHN DOE 1-2, A TASK FORCE DETECTIVE
EMPLOYED BY THE WORCESTER POLICE
DEPARTMENT, JOHN DOE 3-4 WORCESTER
POLICE OFFICERS AND JOHN DOE 5 A TASK
FORCE OFFICER EMPLOYED BY THE
MIDDLESEX COUNTY SHERRIF'S OFFICE,

    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE OF EVAN C. OUELLETTE

    Please withdraw my appearance as counsel for the Defendant, Erik Karlon, in the above-captioned action.

Respectfully submitted,

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO #655934
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

DATED: November 9, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

      /s/*Evan C. Ouellette*
      Evan C. Ouellette, BBO #655934

DATED: November 9, 2022