UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 4:22-cv-11152-NMG

| |
|---|
| KORLUH KENNEDY, <br><br>    Plaintiff, <br><br> v. <br><br> THE COMMONWEALTH OF MASSACHUSETTS SPECIAL AGENT JOSEPH F. OSMANSKI, III, SPECIAL AGENT, JOHN DOE 1, TROOPER AMY WATERMAN, TROOPER SGT. DARLENE DECAIRE, TROOPER ERIC KARLON, TROOPER THIAGO MIRANDA JOHN DOE 1-2, A TASK FORCE DETECTIVE EMPLOYED BY THE WORCESTER POLICE DEPARTMENT, JOHN DOE 3-4 WORCESTER POLICE OFFICERS AND JOHN DOE 5 A TASK FORCE OFFICER EMPLOYED BY THE MIDDLESEX COUNTY SHERRIF'S OFFICE, <br><br>    Defendants. |

## **CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)**

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

| | |
|---|---|
| */s/ Erik Karlon* <br> Trooper Erik Karlon | */s/ Thomas R. Donohue* <br> Thomas R. Donohue, BBO# 643483 <br> Brody, Hardoon, Perkins & Kesten, LLP <br> 699 Boylston Street, 12th Floor <br> Boston, MA 02116 <br> (617) 880-7100 <br> tdonohue@bhpklaw.com |

DATED: February 9, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                                /s/ *Thomas R. Donohue*
                                                Thomas R. Donohue, BBO# 643483

DATED: February 9, 2023