UNITED STATES OF AMERICA
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 4:22-cv-11152-NMG

| | |
|---|---|
| KORLUH KENNEDY, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SPECIAL AGENT JOSEPH F. OSMANSKI, III, | ) |
| SPECIAL AGENT, JOHN DOE 1, | ) |
| TROOPER SGT. DARLENE DECAIRE, TROOPER | ) |
| ERIC KARLON, TROOPER THIAGO MIRANDA | ) |
| JOHN DOE 1-2, A TASK FORCE DETECTIVE | ) |
| EMPLOYED BY THE WORCESTER POLICE | ) |
| DEPARTMENT, JOHN DOE 3-4 WORCESTER | ) |
| POLICE OFFICERS AND JOHN DOE 5 A TASK | ) |
| FORCE OFFICER EMPLOYED BY THE | ) |
| MIDDLESEX COUNTY SHERRIF'S OFFICE and | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendants | ) |

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING HER CLAIM UNDER THE FEDERAL TORT CLAIMS ACT

    Now comes the Plaintiff and she respectfully requests leave of this Honorable Court to file her First Amended Complaint, attached hereto with exhibits, adding her claim against the United States of America under the Federal Tort Claims Act, removing the dismissed claim against the Commonwealth of Massachusetts, and claims against Massachusetts State Police Trooper Amy Waterman, who has attested she was not present at the subject incident.

    Other than the United States and the Federal Tort Claims Act claim, the proposed First Amended Complaint adds no additional parties or claims.

    WHEREFORE, Plaintiff respectfully requests that the motion be allowed and that she be granted leave to file her First Amended Complaint.

Respectfully submitted,

PLAINTIFF KORLUH KENNEDY
By her attorneys,

/s/ *Robert A. Scott*
Hector E. Pineiro, BBO # 555315
Robert A. Scott BBO # 648740
Law Office of Hector E. Pineiro, P.C.
807 Main Street
Worcester, MA 01610
T. (508) 770-0600
F. (508) 770-1300
hector@pineirolegal.com
robin@pineirolegal.com

Joseph F. Hennessey, Esq. BBO#669552
Law Offices of Joseph F. Hennessey
807 Main Street
. Worcester, MA 01610 Tel:
508 881-9500
jh@hennesseylaw.net

DATED: February 16, 2023

## LOCAL RULE 7.1 CERTIFICATION

I, Robert A. Scott, certify that I have consulted via email with counsel of record regarding the within motion.

/s/ *Robert A. Scott*
Robert A. Scott

2