## LAW OFFICE OF
## HÉCTOR E. PIÑEIRO, P.C.

HÉCTOR E. PIÑEIRO

ROBERT A. SCOTT

NANCY CRUZ DE PIÑEIRO
Business Manager

807 MAIN STREET
WORCESTER, MASSACHUSETTS 01610
(508) 770-0600

FAX (508) 770-1300
hector@pineirolegal.com

CORRESPONDENT

MARÍA S. PIÑEIRO SOLER, L.L.M.
EDIFICIO PONCE DE LEÓN
161 PONCE DE LEÓN AVE., SUITE 302
SAN JUAN, PUERTO RICO 00918
TEL: (787) 250-8304
FAX (787) 758-4236

June 1, 2019

<u>By Certified Mail Return Receipt Requested</u>

Colonel Kerry Gilpin
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

Re:  SWAT raid and illegal entry and search 184 Cohasset Street, Worcester
     Date of raid: April 10, 2019
     Ms. Korlu Kennedy and Velissa Shaelton, DOB: ▬▬▬▬

Dear Colonel Gilpin:

  I am writing to you for two reasons. First to report the recent and outrageous home-invasion conducted by officers from the Mass State police into my client's apartment and secondly to make a formal request for public records under the Massachusetts public records law. On April 10, 2019, members of the Mass State Police violent fugitive task force entered and conducted an unlawful and unconsented search of my clients apartment located at 184 Cohasset Street Apartment A in Worcester. The police came looking for Augustus B. Kormah. Augustus B. Kormah is Mrs. Korlu Kennedy son.[1] Augustus B. Kormah as a result of an outstanding body warrant. At the time of the entry, approximately 6:30 AM, Mrs. Korluh Kennedy ("Mrs. Kennedy") lived with her tenant and friend, Ms. Velissa Shaelton, who is a 22 years-old and her one-year old boy.

  When Mrs. Kennedy opened the door a SWAT team rushed into her house without permission or consent. Police came in with guns drawn at Mrs. Kennedy. They also came along with two police K-9's. Members of the MSP asked Mrs. Kennedy were was her son Augustus B. Kormah, who had an active arrest warrant. When members of the MSP police unlawfully entered our clients' apartment -- members of the STOP and fugitive task force knew the 184 Cohasset Street was not Augustus B. Kormah's address. In fact one of the Mass State Police officers told Mrs. Kennedy that Augustus B. Kormah lived at 1201 Grafton Street in Worcester. During the entry the police broke the garage door to Mrs. Kennedy's unit. What happened next was not only illegal but disturbing.

---

[1] Before she divorced her name was Korlu Kormah.

1

Colonel Kerry Gilpin
Page two
June 1, 2019

The State police officers including Trooper Thiago Miranda without permission or consent began conducting a full-blown warrantless search of the entire apartment consisting of 3 floors. They searched and wrecked the basement floor, the first floor, the kitchen, bathrooms, living room, Mrs. Kennedy's, Ms. Shelton's bedrooms, closets and even the bedroom of another tenant. Officers pulled out drawers and emptied the contents on the floor, damaged window blinds and personal items and destroyed family photo albums without justification or reasoning. These were clearly not areas that a person could hide.

I am asking that you conduct an investigation. To this end I have attached a citizen response form SP 340. In addition, I am requesting that your office provides us with the following public records pursuant to the Massachusetts Public Records Law, M.G.L. c.66, ss. 10, and 950 C.M.R. 32.08(02), and the Freedom of Information Act for the following:

The documents we seek include, but are not limited to:

1. Any Mass. State Police, Worcester Police incident report, daily log, summary, IDC reports or supplemental police reports submitted by either the SPD or Mass. State Violent Fugitive Apprehension unit or the K-9 unit that came in contact with my clients on April 10, 2019.

2. Copy of any search warrant and return for 184 Cohasset Street in connection with the entry, raid and search of this apartment.

3. A copy of any citation, complaint and warrant for the intended target of this search.

4. Any photographs or videos taken of the interior of my clients apartment at the time of entry and exit by the MSP.

5. Daily logs/rosters or daily journal of any Mass state police officers that were present at 184 Cohasset Street on April 10, 2019, i.e., the names of all members of the violent fugitive apprehension task force, names of members of the Mass State Police STOP unit and the names of members of the canine unit.

6. List the full name of law enforcement officers from any other municipal police departments that assisted the MSP on April 10, 2019.

7. Any use of force reports prepared by any law enforcement agencies or employees or agents from the Mass State Police

8. Any K-9 search reports prepared by any of these 3 agencies.

2

Colonel Kerry Gilpin
Page three
June 1, 2019

9. Any statements or summaries of statements provided by clients in connection with the police entry.

10. Any radio dispatches or 911 calls between the Mass State and the Worcester Police Dispatcher regarding the MSP entry into 184 Cohasset Street.

11. Any internal investigations or commander investigations in connection with the unlawful entry and search of my client's apartment.

12. Any and all supplemental reports submitted by any officer participating in the entry and search of 184 Cohasset Street, Worcester.

13. Any policies of the MSP in connection with the Violent Fugitive Apprehension Task Force from January 1, 2014 to the present.

14. Please provide the list of internal investigations (referred to as a concise officer history of each officer present at my client's apartment.

Finally, kindly provide these documents within 10 business days. If you have any questions or require additional information please feel free to contact me.

Sincerely, I remain.

Hector Pineiro, Esq.

_____
Authorized by Mrs. Korluh Kennedy

_____
Authorized by Ms. Velissa Shaelton

3



# Massachusetts State Police
## Citizen Response Form

### Reporting Individual's Information

| | |
|---|---|
| Name: Mrs. Korluh Kennedy and Velissa Shaelton | DOB: |
| Home Address: | Home Phone Number: |
| | Cell Phone Number: |
| | Work Phone Number: |
| License Number and State (If applicable): | Vehicle Registration and State (if applicable): |
| Incident Date: 04/10/2019 | Incident Time: | Incident Location/Address: 184 Cohasset St. Worcester |

### Report Narrative

Type of Report (please check one):   Complaint ●   Other ○

NARRATIVE: Please provide a description of the event that you are reporting. Include the following information if known and/or applicable; Officer name, rank and badge or identification number, cruiser description and number, witness information and citation number.

On 4/10/2019 members of the MSP MOVE team and fugitive apprehension team went to Mrs. Korluh Kennedy's apartment looking for her son, Augustus B. Kormah, who had an outstanding arrest warrant from the Worcester Court. Knowing full well that Mr. Augustus B. Kormah did not live with his mother (a MSP Trooper knew that he had a Grafton Street address) they pointed weapons at Mrs. Kennedy demanded she opened teh door to her apartment, search and recked 3 floors of her aparntment, systematically, searching bedrooms, the kitchen, bringing K-9's to rummage through her entire house including the garage. All of this was done without consent or a warrant. Mrs. Kennedy told them her son did not live with her. The illegal entry and warrantless search was finally stopped after Mrs. Kennedy asked if they had a warrant. A trooper who failed to identify himsel to Mrs. Kennedy (Trooper Thiago Miranda) told her, they did not have one. When she mentioned to him I represented her, Trooper Miranda spoke with somone on his radio and left. He and the rest of the crew also refused to identify themsleves -- a clear violation of MSP policies and procedures. We ask that you conduct a swift investigation and that you appropriately discipline, each and every person that illegally entered and recked their apartments.
We searched the Worcester District Court search warrant data-base and no warrant was ever obtained to search 184 Cohasset Street.

Signature: *Veelisa Shelton / Kennedy*   Date: 6-1-19

*Use next page for additional narrative if needed.*

### Submission of a SP 340 Citizen Response Form

This form may be submitted in the following manner:
- Delivered in person to: The Massachusetts State Police General Headquarters 470 Worcester Road Framingham, MA 01702 / Citizen Response Reports; or
- Faxed to: The Division of Standards and Training/ Citizen Response Reports 508-820-2149; or
- Emailed to: The Division of Standards and Training/ Citizen Response Reports at Citizensresponsereports@pol.state.ma.us ; or
- Mailed to: The Massachusetts State Police Division of Standards and Training/ Citizen Response Reports 470 Worcester Road Framingham, MA 01702
- Click the submit button to electronically submit this form – Please only click once: **Submit this form**
  (Requires use of an e-mail account)

*The Massachusetts State Police take your comments seriously.*
*An officer assigned to the Division of Standards and Training will contact you upon receipt of this document. You may also call 508-988-7003 during regular business hours. If a report is found to be fabricated and maliciously pursued, the reporting party may be subject to criminal prosecution and/or civil proceedings.*

SP 340 Revised January 2012



# Massachusetts State Police
## Citizen Response Form

**Additional Report Narrative**

See also public records request that is attached hereto.

SP 340 Revised January 2012

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7013 3020 0001 2794 5756

Sent To: Col. Kerry Gilpin, MA State Police
Street, Apt. No.; or PO Box No.: 470 Worcester Road
City, State, ZIP+4: Framingham, MA 01702

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Col. Kerry Gilpin
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

9590 9402 4499 8278 4156 52

7013 3020 0001 2794 5756

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): B. GEORGE
C. Date of Delivery: 6/5/19

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt