LAW OFFICE OF
# JOSEPH F. HENNESSEY
807 Main Street
Worcester, Massachusetts 01610

Telephone: (508) 881-9500                                                                                              Facsimile: (508) 519-9199

October 28, 2020

**Massachusetts State Police**
**Headquarters**
**470 Worcester Road**
**Framingham, MA 01702**

      RE:    Public Records Request

Dear Custodian of Records:

I am requesting that your office provides us with the following public records pursuant to the Massachusetts Public Records Law, M.G.L. c.66, ss. 10, and 950 C.M.R. 32.08(02), and the Freedom of Information Act for the following:

1. Any Mass. State Police, Worcester Police incident report, daily log, summary, IDC reports or supplemental police reports submitted by either the Worcester Police or Mass. State Violent Fugitive Apprehension unit or the K-9 unit that came in contact with Ms. Korlu Kennedy, also known as Korlu Kormah, on April 10, 2019 at 184 Cohasset Street, Worcester, MA.

2. Copy of any search warrant, search warrant affidavit and search warrant return for 184 Cohasset Street, Worcester MA in connection with the entry, raid and search of this apartment on April 10, 2019.

3. A copy of any citation, complaint and warrant for the intended target, Augustust Kormah, used on April 10, 2019 to obtain entry of 184 Cohasset Street, Worcester,.

4. Any photographs or videos taken of the interior of 184 Cohasset Street, Worcester on April 10, 2019 at the time of entry and exit by the MSP.

5. Daily logs/rosters or daily journal of any Mass state police officers that were present at 184 Cohasset Street on April 10, 2019, i.e., the names of all members of the violent fugitive apprehension task force, names of members of the Mass State Police STOP unit and the names of members of the canine unit.

6. List the full name of law enforcement officers from any other municipal police departments that assisted the MSP on April 10, 2019 at the entry and search of 184 Cohasset Street, Worcester, MA.

7. Any use of force reports prepared by any law enforcement agencies or employees or agents from the Mass State Police for the entry and search of 184 Cohasset Street, Worcester, MA on April 10, 2019.

8. Any K-9 search reports prepared by any agency associated with the entry and search of 184 Cohasset Street, Worcester, MA on April 10, 2019.

9. Any statements or summaries of statements provided by Korlu Kennedy, aka Korlu Kormah or civilian in connection with the police entry of 184 Cohasset Street, Worcester, MA on April 10, 2019.

10. Any radio dispatches or 911, telephone calls and text messages between the Mass State and the Worcester Police Dispatcher regarding the MSP entry into 184 Cohasset Street, Worcester, MA on April 10, 2019.

11. Any internal investigations or commander investigations in connection with the unlawful entry and search of 184 Cohasset Street, Worcester, MA on April 10, 2019.

12. Any and all supplemental reports submitted by any officer/trooper participating in the entry and search of 184 Cohasset Street, Worcester on April 10, 2019.

13. Any policies of the MSP in connection with the Violent Fugitive Apprehension Task Force and SP SWAT or Tactical units from January 1, 2014 to the present associated with the entry of any residence for the purposes of serving an arrest warrant, search warrant, and/or search of a wanted person.

14. Please provide the list of internal investigations (referred to as a concise officer history of each officer present in the search at 184 Cohasset Street, Worcester, MA on April 10, 2019.

15. All records of any entry into homes by the SP Fugitive Unit without a search warrant from January 1, 2010 to present.

Should you determine that some portion of the document is exempt from disclosure, I request that you release any portion of the documents that are not exempt. I reserve my right to appeal such a decision. If you determine that a requested document, or any portion of a requested document, is exempt from disclosure, please note the applicable statutory exemption and explain why it applies to the requested record.

Please mail the resulting documents to

    Joseph F. Hennessey
    807 Main Street
    Worcester, MA 01608

or email to JH@Hennesseylaw.net

In the event you have any questions, please do not hesitate to contact my law office at 508 881-9500

Thank you for your courtesy and anticipated cooperation. I look forward to your response within the 10 days.

                                                              Sincerely,

                                                              Joseph F. Hennessey, Esq.