LAW OFFICE OF
# JOSEPH F. HENNESSEY
807 Main Street
Worcester, Massachusetts 01610

Telephone: (508) 881-9500                                                    Facsimile: (508) 519-9199

January 30, 2021

Chief Steven Sargent
Worcester Police Department
9-11 Lincoln Sq.
Worcester, MA 01608

**Re:   Public Records Request**

Dear Chief Sargent:

     Pursuant to Massachusetts General Laws chapter 66 §10, and chapter 4 §7 please accept this as a formal request, for the below-listed documents to be provided to me within ten (10) days:

1. Any Worcester Police incident report, or Mass. State Police report in your possession, daily log, summary, IDC reports or supplemental police reports submitted by either the Worcester Police or Mass. State Police or the K-9 unit that came in contact with Ms. Korlu Kennedy, also known as Korlu Kormah, on or about April 10, 2019 at 184 Cohasset Street, Worcester, MA.

2. Any Mass. State Police, Worcester Police incident report, daily log, summary, IDC reports or supplemental police reports submitted by either the Worcester Police or Mass. State Police or a police K-9 unit that came in contact with Ms. Korlu Kennedy, at 184 Cohasset Street, Worcester, MA from January 1, 2019 to present.

3. Copy of any search warrant, search warrant affidavit and search warrant return for 184 Cohasset Street, Worcester MA in connection with a police entry, raid and search of this apartment from January 1, 2019 to present.

4. A copy of any citation, complaint and warrant for Augustust B. Kormah, used on or about April 10, 2019 to obtain entry of 184 Cohasset Street, Worcester.

5. Any photographs or videos taken of the interior of 184 Cohasset Street, Worcester at the time of entry and exit by the MSP and Worcester Police from January 1, 2019 to present.

6. Daily logs/rosters or daily journal of any Worcester police officers and/or Massachusetts State Police that were present at 184 Cohasset Street on or about April 10, 2019, or any date from January 1, 2019 to present to conduct a search of Augustus B. Kormah.

7. All address entries of Augustus B. Kormah from January 1, 2015 to present.

8. All address entries of Korlu Kennedy, aka Korlu Kormah from January 1, 2015 to present.

9. List the full name of law enforcement officers from the Worcester Police Department or any other municipal police departments that were part of an entry on or about April 10, 2019 at the entry and search of 184 Cohasset Street, Worcester, MA.

10. Any use of force reports prepared by any law enforcement officer from the Worcester Police or agents from the Mass State Police, or any other agency for the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

11. Any K-9 search reports prepared by any agency, including the Worcester Police, associated with the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

12. Any statements or summaries of statements provided by Korlu Kennedy, aka Korlu Kormah, Valissa Shaelton, or civilian in connection with the police entry of 184 Cohasset Street, Worcester, MA on April 10, 2019.

13. Any radio dispatches or 911, telephone calls and text messages between the Mass State, Worcester Police and the Worcester Police Dispatcher regarding the entry into 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

14. Any internal investigations or commander investigations in connection with the entry and search of 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

15. Any and all supplemental reports submitted by any Worcester Police officer and/or Massachusetts State Trooper participating in the entry and search of 184 Cohasset Street, Worcester on or about April 10, 2019.

16. Any policies of the Worcester Police Department in connection with assistance to any agency seeking to execute a search warrant or arrest warrant within the City of Worcester. Seeking all policies that were in place on or about April 10, 2019.

17. Please provide the list of internal investigations (referred to as a concise officer history of each officer present in the search at 184 Cohasset Street, Worcester, MA on or about April 10, 2019.

18. All police reports involving Korlu Kennedy, aka Korlu Kormah from January 1, 2015 to present.

Should you determine that some portion of the document is exempt from disclosure, I request that you release any portion of the documents that are not exempt. I reserve my right to appeal such a decision. If you determine that a requested document, or any portion of a requested document, is exempt from disclosure, please note the applicable statutory exemption and explain why it applies to the requested record.

Please mail the resulting documents and outline of fees to

    Joseph F. Hennessey
    807 Main Street
    Worcester, MA 01608

or email to JH@Hennesseylaw.net

In the event you have any questions, please do not hesitate to contact my law office at 508 881-9500

Thank you for your courtesy and anticipated cooperation. I look forward to your response within the 10 days.

Sincerely,

Joseph Hennessey