**U.S. Department of Justice**

Error!

Federal Bureau of Investigation

*Office of the General Counsel*

Washington, D.C.  20535-0001

December 7, 2022

<u>Certified Mail – Return Receipt</u>

Law Office of Héctor E. Piñeiro, P.C.
ATTN: Robert A. Scott
807 Main Street
Worcester, MA 01610

                    Re:    <u>Administrative Claim of Korlu Kennedy</u>

Dear Mr. Scott:

       This letter is in reference to the above-listed administrative claim dated October 7, 2022. You allege that Ms. Kennedy has suffered as a result of federal and state officers committing a variety of state law tort claims during a search of her home on April 10, 2019. The state law claims include: (1) trespass: (2) invasion of privacy; (3) assault; (4) intentional infliction of emotional distress; (5) conspiracy; and (6) violations of the Massachusetts Civil Rights Act and the Massachusetts Declaration of Rights). You are therefore seeking $310,000.00 in property and personal injury damages on behalf of Ms. Kennedy.

       In order to recover damages under the Federal Tort Claims Act ("FTCA"), Title 28 of the United States Code ("USC"), Sections 2671-2680, a claimant must demonstrate negligence or a wrongful act or omission on the part of a federal employee acting within the scope of his or her employment. Upon careful review of the applicable law and the merits of your claim, this office has determined that your claim must be, and hereby is, denied pursuant to Title 28 of the United States Code of Federal Regulations, Section 14.9.

       Title 28 of the Code of Federal Regulations, Section 14.9(a), requires us to inform you that, if you are dissatisfied with our determination, you may file suit against the United States in an appropriate United States District Court not later than six (6) months after the date of mailing of this notification of final denial. Id.; 28 U.S.C. § 2401(b).

                                                               Sincerely,

                                                              Paul R. Wellons
                                                              Unit Chief
                                                               Civil Litigation Unit II